

Stanley J. Kartchner, Trustee
7090 N. Oracle Rd., Ste 178-294
Tucson, AZ  85718
(520)742-1210

*Brenda Moody Whinery*

**Brenda Moody Whinery, Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | ) CHAPTER 7 |
| | ) |
| ROBERT A SUMNER | ) CASE NO. 4-10-bk-10972-BMW |
| KATHLEEN R SUMNER | ) |
| | ) **ORDER FOR PAYMENT OF** |
| Debtor(s). | ) **UNCLAIMED FUNDS TO THE U.S.** |
| | ) **BANKRUPTCY COURT** |
| | ) |
| | ) |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that pursuant to 347(a) of the Bankruptcy Code the Trustee pay over the

amount of <u>$2,080.32</u> to the Clerk of the Court to be deposited in the Registry thereof.

DATED AND SIGNED ABOVE